UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

ROBERT CAP

Case Number: 2:09-cr-33-FtM-29DNF

USM Number: 38972-018

Russell Rosenthal, FPD
1514 Broadway
Fort Myers, FL. 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three & Four of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Criminal Conduct: Use/Possess Identification of Another Person without Consent, while on supervision in violation of the conditions of supervision | March 26, 2009 |
| Two | New Criminal Conduct: Fraudulent Use of Credit Cards while on supervision in violation of the conditions of supervision | March 26, 2009 |
| Three | New Criminal Conduct: Grand Theft of $300 or More but less than $5,000 while on supervision in violation of the conditions of supervision | March 26, 2009 |
| Four | Association with a person engaged in criminal activity/association with a person convicted of a felony in violation of Condition Nine of the Standard Conditions of Supervision | March 26, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 7/20/2009

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

July 20, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **120 Days**.

**The Court recommends to the Bureau of Prisons:**

**Incarceration in a facility close to home (Cape Coral, FL).**

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

**SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED**